AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 2113(a), (d) – Armed Bank Robbery; 18 U.S.C. § 2113(e) – Forced Accompaniment During Bank Robbery; 18 U.S.C. § 924(c)(1)(A)(ii) – Using, Carrying, and Brandishing Firearm During Crime of Violence; 18 U.S.C. § 2–Aiding and Abetting

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  SEE ATTACHMENT

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----

▶ TELLAS JETT

DISTRICT COURT NUMBER
CR08-509  SBA

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINE Y. WONG, AUSA

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____    Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

Count One:
(1) Imprisonment:         Maximum 5 years' Imprisonment
(2) Fine:                 Maximum $250,000
(3) Supervised Release:   Maximum 3-year Term
(4) Special Assessment:   $100.00

Count Two:
(1) Imprisonment:         Maximum 25 years' Imprisonment;
                          Mandatory Minimum 10 Years Imprisonment
(2) Fine:                 $250,000
(3) Supervised Release:   Maximum 5-Year Term
(4) Special Assessment.   $100.00

Count Three:
(1) Imprisonment:         Maximum Life Imprisonment[1]
                          Mandatory Minimum 7 Years Imprisonment Consecutive To
                          Any Other Term Of Imprisonment
(2) Fine:                 $250,000
(3) Supervised Release:   Maximum 5-Year Term
(4) Special Assessment.   $100.00

---

[1] Life imprisonment per case law. Harris v. United States, 536 U.S. 545, 576 (2002).

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 2113(a), (d) – Armed Bank Robbery; 18 U.S.C. § 2113(e) – Forced Accompaniment During Bank Robbery; 18 U.S.C. § 924(c)(1)(A)(ii) – Using, Carrying, and Brandishing Firearm During Crime of Violence; 18 U.S.C. § 2 – Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----
▶ EUGENE MOSES

DISTRICT COURT NUMBER
CR08-509 SBA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  CHRISTINE Y. WONG, AUSA

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

Count One:
(1) Imprisonment:        Maximum 5 years' Imprisonment
(2) Fine:                Maximum $250,000
(3) Supervised Release:  Maximum 3-year Term
(4) Special Assessment:  $100.00

Count Two:
(1) Imprisonment:        Maximum 25 years' Imprisonment;
                         Mandatory Minimum 10 Years Imprisonment
(2) Fine:                $250,000
(3) Supervised Release:  Maximum 5-Year Term
(4) Special Assessment.  $100.00

Count Three:
(1) Imprisonment:        Maximum Life Imprisonment[1]
                         Mandatory Minimum 7 Years Imprisonment Consecutive To Any Other Term Of Imprisonment
(2) Fine:                $250,000
(3) Supervised Release:  Maximum 5-Year Term
(4) Special Assessment.  $100.00

---

[1] Life imprisonment per case law. Harris v. United States, 536 U.S. 545, 576 (2002).

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 2113(a), (d) – Armed Bank Robbery; 18 U.S.C. § 2113(e) – Forced Accompaniment During Bank Robbery; 18 U.S.C. § 924(c)(1)(A)(ii) – Using, Carrying, and Brandishing Firearm During Crime of Violence; 18 U.S.C. § 2–Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

E-filing

Name of District Court, and/or Judge/Magistrate Location:
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S.**
▶ CHRISTOPHER ROBERSON

DISTRICT COURT NUMBER: CR08-509 SBA

FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): CHRISTINE Y. WONG, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Santa Rita Jail

Has detainer been filed?  ☐ Yes   ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                   Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

Count One:
(1) Imprisonment:        Maximum 5 years' Imprisonment
(2) Fine:                Maximum $250,000
(3) Supervised Release:  Maximum 3-year Term
(4) Special Assessment:  $100.00

Count Two:
(1) Imprisonment:        Maximum 25 years' Imprisonment;
                         Mandatory Minimum 10 Years Imprisonment
(2) Fine:                $250,000
(3) Supervised Release:  Maximum 5-Year Term
(4) Special Assessment.  $100.00

Count Three:
(1) Imprisonment:        Maximum Life Imprisonment[1]
                         Mandatory Minimum 7 Years Imprisonment Consecutive To
                         Any Other Term Of Imprisonment
(2) Fine:                $250,000
(3) Supervised Release:  Maximum 5-Year Term
(4) Special Assessment.  $100.00

---

[1] Life imprisonment per case law. Harris v. United States, 536 U.S. 545, 576 (2002).

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 2113(a), (d) – Armed Bank Robbery; 18 U.S.C. § 2113(e) – Forced Accompaniment During Bank Robbery; 18 U.S.C. § 924(c)(1)(A)(ii) – Using, Carrying, and Brandishing Firearm During Crime of Violence; 18 U.S.C. § 2–Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
► CALVIN SLOAN

DISTRICT COURT NUMBER
CR08-509 SBA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINE Y. WONG, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
North County

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

Count One:
(1) Imprisonment:        Maximum 5 years' Imprisonment
(2) Fine:                Maximum $250,000
(3) Supervised Release:  Maximum 3-year Term
(4) Special Assessment:  $100.00

Count Two:
(1) Imprisonment:        Maximum 25 years' Imprisonment;
                         Mandatory Minimum 10 Years Imprisonment
(2) Fine:                $250,000
(3) Supervised Release:  Maximum 5-Year Term
(4) Special Assessment.  $100.00

Count Three:
(1) Imprisonment:        Maximum Life Imprisonment[1]
                         Mandatory Minimum 7 Years Imprisonment Consecutive To
                         Any Other Term Of Imprisonment
(2) Fine:                $250,000
(3) Supervised Release:  Maximum 5-Year Term
(4) Special Assessment.  $100.00

---

[1] Life imprisonment per case law. Harris v. United States, 536 U.S. 545, 576 (2002).

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

**FILED**
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing  CR08-509  SBA

UNITED STATES OF AMERICA,

V.

TELLAS JETT,
EUGENE MOSES,
CHRISTOPHER ROBERSON, and
CALVIN SLOAN,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 2113(a), (d) – Armed Bank Robbery; 18 U.S.C. § 2113(e) – Forced Accompaniment During Bank Robbery; 18 U.S.C. § 924(c)(1)(A)– Using, Carrying, and Brandishing Firearm During Crime of Violence; 18 U.S.C.§ 2–Aiding and Abetting

A true bill.

_____
                   Deputy    Foreman

Filed in open court this __30th__ day of

__July 2008__.

_____ Clerk

Bail, $ 0

No bail warrant authorized

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

JUL 30 2008

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-509 SBA |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: 18 U.S.C. § 371 – |
| v. | ) Conspiracy; 18 U.S.C. § 2113(a), (d) – |
| | ) Armed Bank Robbery; 18 U.S.C. § 2113(e) |
| TELLAS JETT, | ) – Forced Accompaniment During Bank |
| EUGENE MOSES, | ) Robbery; 18 U.S.C. § 924(c)(1)(A) – Using, |
| CHRISTOPHER ROBERSON, and | ) Carrying, and Brandishing Firearm During |
| CALVIN SLOAN, | ) Crime of Violence; 18 U.S.C. |
| | ) § 2–Aiding and Abetting |
| Defendants. | ) |
| | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 371 – Conspiracy)

   1.   On or about May 13, 2008, in the Northern District of California, defendants

TELLAS JETT,
EUGENE MOSES,
CHRISTOPHER ROBERSON, and
CALVIN SLOAN,

and others known and unknown, did conspire to rob the Cooperative Center Federal Credit

Union, located at 2001 Ashby Avenue, Berkeley, California, and in committing the robbery, to

INDICTMENT                                1

assault and put in jeopardy the life of victim bank employees and customers by using a pistol and a shotgun, each of which is a dangerous weapon and device, and to force a person to accompany them without the consent of the person, and to use, carry, and brandish two firearms during and in relation to the robbery, in violation of Title 18, United States Code, Sections 2113(a), (d), (e) and 924(c)(1)(A)(i), (ii), respectively.

### The Objects of the Conspiracy

2. It was a part and an object of the conspiracy that defendants JETT, MOSES, ROBERSON, and SLOAN, and others known and unknown, by force and violence, and by intimidation, would and did take and attempt to take, from the person and presence of another, money belonging to, and in the care, custody, control, management and possession of, a credit union, the deposits of which were then insured by the National Credit Union Association, in violation of Title 18, United States Code, Section 2113(a).

3. It was a further part and an object of the conspiracy that defendants JETT, MOSES, ROBERSON, and SLOAN, and others known and unknown, would and did, in committing the offense described above, assault and put in jeopardy the life of victim bank employees and customers by using a pistol and a shotgun, each of which is a dangerous weapon and device, in violation of Title 18, United States Code, Section 2113(d).

4. It was a further part and an object of the conspiracy that, defendants JETT, MOSES, ROBERSON, and SLOAN, and others known and unknown, would and did, in committing the offense described above, force a person to accompany them without the consent of such person, in violation of Title 18, United States Code, Section 2113(e).

5. It was a further part and an object of the conspiracy that defendants JETT, MOSES, ROBERSON, and SLOAN, and others known and unknown, would and did knowingly use, carry, and brandish two firearms during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, and, in furtherance of that crime, did possess those firearms, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

///

///

INDICTMENT                                           2

Overt Acts

6. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Northern District of California:

    a. On or about May 13, 2008, defendants JETT, ROBERSON, and SLOAN, entered the Cooperative Center Federal Credit Union.

    b. On or about May 13, 2008, defendants JETT and ROBERSON jumped over the teller counter at the Cooperative Center Federal Credit Union and demanded money from the tellers.

    c. On or about May 13, 2008, defendant SLOAN walked around the lobby area of the Cooperative Center Federal Credit Union.

    d. On or about May 13, 2008, defendant MOSES drove a car from the Cooperative Center Federal Credit Union.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO:   (18 U.S.C. §§ 2113(a), (d), (e), and 2 – Armed Bank Robbery, Aiding and Abetting)

7. On or about May 13, 2008, in the Northern District of California, the defendants

TELLAS JETT,
EUGENE MOSES,
CHRISTOPHER ROBERSON, and
CALVIN SLOAN,

did unlawfully, willfully, and knowingly, by force and violence, and by intimidation, take and attempt to take, from the person and presence of another, approximately $6,100 belonging to, and in the care, custody, control, management, and possession of, a credit union, the deposits of which were then insured by the Federal Credit Union Association, namely, defendants JETT, MOSES, ROBERSON, and SLOAN robbed the Cooperative Center Federal Credit Union, located at 2001 Ashby Avenue, Berkeley, California, by brandishing a pistol and a shotgun and demanding money.

8. In committing this offense, defendants JETT, MOSES, ROBERSON and SLOAN, assaulted and put in jeopardy the life of victim bank employees and customers by using

a pistol and shotgun, each of which is a dangerous weapon and device, and knowingly forced a bank teller to accompany them from one teller station to another.

All in violation of Title 18, United States Code, Sections 2113(a), (d), (e), and 2.

COUNT THREE:   (18 U.S.C. §§ 924(c)(1)(A) and 2 – Using, Carrying and Brandishing Firearm During Crime of Violence, Aiding and Abetting)

9. On or about May 13, 2008, in the Northern District of California, defendants

TELLAS JETT,
EUGENE MOSES,
CHRISTOPHER ROBERSON, and
CALVIN SLOAN,

during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, did unlawfully, willfully, and knowingly use, carry, and brandish a firearm, and in furtherance of such crime did possess a firearm, namely, JETT, MOSES, ROBERSON, and SLOAN used, carried, brandished, and possessed a pistol and a shotgun during and in relation to and in furtherance of the crimes charged in Counts One and Two of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

DATED:    July 30, 2008            A TRUE BILL.

Deputy FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA C.Y. WONG / G. HIRE

INDICTMENT                                4