1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3717
7      Facsimile:   (510) 637-3724
       E-Mail:      Christine.Wong@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          )   No. CR 08-509 SBA
                                      )
14         Plaintiff,                 )   PETITION FOR AND WRIT OF HABEAS
                                      )   CORPUS AD PROSEQUENDUM
15     v.                             )
                                      )
16 CALVIN SLOAN,                      )
                                      )
17         Defendant.                 )
                                      )
18

19     TO:   The Honorable Joseph C. Spero, United States Magistrate Judge of the United

20           States District Court for the Northern District of California:

21

22     Assistant United States Attorney Christine Y. Wong respectfully requests that this Court

23 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, CALVIN SLOAN,

24 whose place of custody and jailor are set forth in the requested Writ, attached hereto.  The

25 prisoner is required as the defendant in the above-entitled matter in this Court, and therefore

26 ////

27 ////

28 ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0509 SBA

1 | petitioner prays that this Court issue the Writ as presented.
2 |
3 | Dated: August 29, 2008            Respectfully submitted,
4 |                                   JOSEPH P. RUSSONIELLO
  |                                   United States Attorney
5 |
6 |
7 |                                   _____/s/_____
  |                                   CHRISTINE Y. WONG
  |                                   Assistant United States Attorney
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0509 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-0509 SBA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| CALVIN SLOAN, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, CALVIN SLOAN, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Monday, September 22, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____                    _____
                                          HON. JOSEPH C. SPERO
                                          United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0509 SBA

<pre>
1       THE PRESIDENT OF THE UNITED STATES OF AMERICA

2   TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
          his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized
3         deputies:

4                                         GREETINGS
</pre>

5      WE COMMAND that on Monday, September 22, 2008, at 10:00 a.m., or as soon thereafter

6   as practicable, you have and produce the body of CALVIN SLOAN (PFN: BEY934), in your

7   custody in the Glenn Dyer Detention Facility , or any other institution in the Sheriff's custody,

8   before the United States District Court in and for the Northern District of California, in the

9   Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland,

10  California 94612 on the third floor, in order that CALVIN SLOAN may then appear for initial

11  appearance upon the charges heretofore filed against him in the above-entitled Court, and that

12  immediately after said hearing to return him forthwith to said above-mentioned institution or

13  abide by such order of the above-entitled Court as shall thereafter be made concerning the

14  custody of said prisoner, and further to produce said prisoner at all times necessary until the

15  termination of the proceedings in this Court;

16     IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17  the above-named person, he be immediately delivered and remanded to the United States

18  Marshal and/or his authorized deputies under this Writ.

19     WITNESS the Hon. James C. Spero, United States Magistrate Judge, United States District

20  Court for the Northern District of California.

21  DATED: _____, 2008

22                                       CLERK, UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
23

24
                                  By:   _____
25                                       DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR08-0509 SBA