|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR08-0509 SBA |
|---|---|
| Plaintiff, | ) |
|  | ) [PROPOSED] ORDER GRANTING |
| v. | ) PETITION FOR AND WRIT OF HABEAS |
|  | ) CORPUS AD PROSEQUENDUM |
| CALVIN SLOAN, | ) |
| Defendant. | ) |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, CALVIN SLOAN, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Monday, September 22, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 8/29/08

HON. JOSEPH C. SPERO
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0509 SBA

| | |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies: |
| 3 | |
| 4 | GREETINGS |
| 5 | WE COMMAND that on Monday, September 22, 2008, at 10:00 a.m., or as soon thereafter |
| 6 | as practicable, you have and produce the body of CALVIN SLOAN (PFN: BEY934), in your |
| 7 | custody in the Glenn Dyer Detention Facility, or any other institution in the Sheriff's custody, |
| 8 | before the United States District Court in and for the Northern District of California, in the |
| 9 | Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, |
| 10 | California 94612 on the third floor, in order that CALVIN SLOAN may then appear for initial |
| 11 | appearance upon the charges heretofore filed against him in the above-entitled Court, and that |
| 12 | immediately after said hearing to return him forthwith to said above-mentioned institution or |
| 13 | abide by such order of the above-entitled Court as shall thereafter be made concerning the |
| 14 | custody of said prisoner, and further to produce said prisoner at all times necessary until the |
| 15 | termination of the proceedings in this Court; |
| 16 | IT IS FURTHER ORDERED that should the local or state custodian release from its custody |
| 17 | the above-named person, he be immediately delivered and remanded to the United States |
| 18 | Marshal and/or his authorized deputies under this Writ. |
| 19 | WITNESS the Hon. James C. Spero, United States Magistrate Judge, United States District |
| 20 | Court for the Northern District of California. |
| 21 | DATED: _____8/28_____, 2008 |
| 22 | CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| 23 | |
| 24 | By: _____ |
| 25 | DEPUTY CLERK |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR08-0509 SBA