| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CABN 187330)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, CA 94612<br>Telephone: (510) 637-3929<br>FAX: (510) 637-3724<br>Garth.Hire@usdoj.gov |

Attorneys for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-08-00509 SBA |
| v. | ) | |
| | ) | NOTICE OF |
| CHRISTOPHER ROBERSON, ET AL, | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Please take notice that as of September 5 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

Assistant U.S. Attorney Garth Hire<br>
1301 Clay Street, Suite 340S<br>
Oakland, CA 94612<br>
Telephone: (510) 637-3929<br>
Garth.Hire@usdoj.gov

DATED: September 5, 2008           Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   _____/s/_____
                                   GARTH HIRE
                                   Assistant United States Attorney